# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TIMOTHY MOSER,<br><br>        Plaintiff,<br>vs.<br><br>ENCORE CAPITAL GROUP, et al.,<br><br>        Defendant. | CASE NO. 04cv2085 LAB (WMc)<br><br>**ORDER DENYING PLAINTIFF'S REQUEST FOR ACCELERATED EARLY NEUTRAL EVALUATION CONFERENCE** |

On April 16, 2007, the Court held a conference regarding Plaintiff's Request for an Accelerated Early Neutral Evaluation Conference pursuant to Federal Rule of Civil Procedure 16(c)(1). Anthony Dain and Eric Ludwig appeared for Plaintiff. Jason Kogan appeared for the Lemond and Kogan Defendants. Earll Pott and Jerry Coughlan appeared for Defendant Schorr. After reviewing Plaintiff's written request and hearing from counsel of record, the Court **DENIES** Plaintiff's request. Given the pending appeal and newly filed motion to dismiss and motion to strike [Doc. Nos. 132, 133, 135, 136], the Court finds that an Accelerated Early Neutral Evaluation would neither reduce expense, nor help to avoid delay in this case or its related matter (05cv1742 LAB (WMc), *Moser v. Triarc*.) *See* Fed.R.Civ.P.16(c)(1).

///
///
///
///

1   The Court will hold a *telephonic* Status Conference in this matter **on June 13, 2007 at**
2   **9:15 a.m.** Plaintiff's attorney is ordered to initiate a call to all counsel and then initiate a joint call
3   to the Court at (619) 557-6624.
4   **IT IS SO ORDERED**.

DATED:  April 16, 2007

_____
Hon. William McCurine, Jr.
U.S. Magistrate Judge
United States District Court

Copy to:

HON. LARRY A. BURNS, United States District Judge
ALL PARTIES AND COUNSEL OF RECORD